IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH T. CAULK, SR., ) | |
| ) | 2:13-cv-01011-GEB-DAD |
| Plaintiff, ) | |
| ) | |
| v. ) | STATUS (PRETRIAL SCHEDULING) |
| ) | ORDER |
| FEDEX FREIGHT, INC., ) | |
| ) | |
| Defendant.* ) | |
| _____ ) | |

        The status (pretrial scheduling) conference scheduled for hearing on August 19, 2013, is vacated since the parties' Joint Status Report filed on August 5, 2013 ("JSR") indicates the following Order should issue.

### DISMISSAL OF DOE DEFENDANTS

        Since Plaintiff has not justified Doe defendants remaining in this action, Does 1-100 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed May 22, 2013, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

### SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

        No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

---

        * The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

<u>DISCOVERY</u>

All discovery shall be completed by July 15, 2014. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before April 15, 2014, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before May 15, 2014.

<u>MOTION HEARING SCHEDULE</u>

The last hearing date for a motion is September 22, 2014, commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local Rule 230.

The parties are cautioned that an untimely motion characterized as a motion in limine may be summarily denied.

<u>FINAL PRETRIAL CONFERENCE</u>

The final pretrial conference is set for November 17, 2014, at 1:30 p.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing <u>in propria persona</u> must attend the pretrial conference.

---

[1]     This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

1    The parties are warned that **non-trial worthy issues could be**

2 **eliminated *sua sponte*** "[i]f the pretrial conference discloses that no

3 material facts are in dispute and that the undisputed facts entitle one

4 of the parties to judgment as a matter of law." <u>Portsmouth Square v.</u>

5 <u>S'holders Protective Comm.</u>, 770 F.2d 866, 869 (9th Cir. 1985).

6    The parties shall file a **JOINT** pretrial statement no later

7 than seven (7) calendar days prior to the final pretrial conference. The

8 joint pretrial statement shall address the applicable portions of Local

9 Rule 281(b), and shall set forth each theory of liability ("claim") and

10 affirmative defense which remains to be tried, and the ultimate facts on

11 which each theory/defense is based. Furthermore, each party shall

12 estimate the length of trial.[2] The Court uses the parties' joint pretrial

13 statement to prepare its final pretrial order and could issue the final

14 pretrial order without holding the scheduled final pretrial conference.

15 See <u>Mizwicki v. Helwig</u>, 196 F.3d 828, 833 (7th Cir. 1999)("There is no

16 requirement that the court hold a pretrial conference.").

17    If feasible, at the time of filing the joint pretrial

18 statement counsel shall also email it in a format compatible with

19 WordPerfect to: geborders@caed.uscourts.gov.

20    <u>TRIAL SETTING</u>

21    Trial shall commence at 9:00 a.m. on February 17, 2015.

22    IT IS SO ORDERED.

23 Dated:  August 13, 2013

24

25    _____
GARLAND E. BURRELL, JR.

26    Senior United States District Judge

27 _____

28    [2]    If a trial by jury has been preserved, the joint pretrial
statement shall also state how much time each party desires for voir
dire, opening statements, and closing arguments.